1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

9    JOSEPH JOHN ETCHEVERRY,                    CV F   05-00454 OWW DLB HC

10                        Petitioner,           ORDER ADOPTING FINDINGS AND
                                                RECOMMENDATIONS, DENYING PETITION
11          v.                                  FOR WRIT OF HABEAS CORPUS

12                                              [Doc. 16]
     JEANNE WOODFORD,

13
                          Respondents.
14   _____/

15

16          Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

17   pursuant to 28 U.S.C. § 2254.

18          On August 29, 2006, the Magistrate Judge issued Findings and Recommendation that the

19   Petition for Writ of Habeas Corpus be DENIED.   This Findings and Recommendation was

20   served on all parties and contained notice that any objections were to be filed within thirty (30)

21   days of the date of service of the order.

22          On September 25, 2006, Petitioner filed timely objections to the Findings and

23   Recommendation.

24          In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted

25   a *de novo* review of the case.  Having carefully reviewed the entire file, including Petitioner's

26   objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is

27   supported by the record and proper analysis.  Petitioner's objections present no grounds for

28   questioning the Magistrate Judge's analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1.    The Findings and Recommendation issued August 29, 2006, is ADOPTED IN FULL;

2.    The Petition for Writ of Habeas Corpus is DENIED; and

3.    The Clerk of the Court is DIRECTED to enter judgment in favor of Respondent. IT IS SO ORDERED.

**Dated:      October 13, 2006**                          **/s/ Oliver W. Wanger**
emm0d6                                                    UNITED STATES DISTRICT JUDGE

2